IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., a California Corporation,<br><br>    Plaintiff,<br><br> v.<br><br>EDMUNDO SANTOS,<br><br>    Defendant. | CV F 04-6266 AWI DLB<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND ENTERING DEFAULT JUDGMENT**<br><br>(Documents #13, #14, #18 & #21) |

  On May 20, 2005, Plaintiff DIRECTV, INC., a California Corporation ("DIRECTV"), filed the instant motion for default judgment against Defendant Edmundo Santos ("Defendant"). Defendant did not oppose the complaint, file an opposition to the motion for default judgment, or otherwise communicate with the court. On July 14, 2005, the Magistrate Judge entered Findings and Recommendations that recommend the court grant DIRECTV default judgment. These Findings and Recommendations were served on the parties and contained notice that any objections could be filed within thirty days. No party has filed objections.

  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court adopts the Findings and Recommendations.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 14, 2005 are ADOPTED IN FULL;

2. DIRECTV's motion for default judgment in favor of DIRECTV and against Defendant Edmundo Santos IS GRANTED; and

3. The Clerk of the Court is DIRECTED to enter judgment in the amount of $10,000.00, pursuant to 18 U.S.C. § 2511; attorneys' fees in the amount of $4,108.71; and costs pursuant to Rule 54.

IT IS SO ORDERED.

**Dated:   August 22, 2005**             /s/ Anthony W. Ishii
0m8i78                               UNITED STATES DISTRICT JUDGE

2